```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC013022
Cashier ID: scarine
Transaction Date: 08/01/2013
Payer Name: JAMES J. CORBETT
------------------------------------
MISCELLANEOUS PAPERS
 For: JAMES J. CORBETT
 Case/Party: D-NYE-1-13-MC-000600-000
 Amount:         $46.00
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $46.00
------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00
```