**GOLDBERG SEGALLA** LLP

**Christopher Kendric** | Partner
Direct 516.281.9816 | ckendric@goldbergsegalla.com

August 2, 2013

**ELECTRONICALLY**
**AND COURTESY COPY**
**BY FEDERAL EXPRESS**

The Chambers of the
 Honorable Joseph F. Bianco, U.S.D.J.
United States District Court
United States District Courthouse
100 Federal Plaza
Central Islip, New York 11722

> Re: In the Matter of Ahida Gabriella Arevalo
> Case No. 13 Misc. 0600 (JFB)
> Our Temporary File: 4267.0000

Dear Judge Bianco:

This office represents Domino's Pizza LLC, based in Ann Arbor, Michigan.

We are in receipt of an Order to Show Cause which essentially requests that a litigation hold be placed on video images taken by a store surveillance camera at Petitioner's place of employment, located at 730 Grand Boulevard, Deer Park New York.

I write to advise that Petitioner's employer YPD, Inc. is an independently-owned and -operated Domino's Pizza ® franchisee.

My client does have, and has never had, possession of these video images. Nor does my client even have the contractual right, or the ability, to obtain or safeguard these video images for Petitioner. The franchisee, its agents, employees and representatives alone would have this ability.

I will plan on being in court next Friday, August 9th unless otherwise directed by your Honor.

Thank you for your kind consideration.

Respectfully yours,

Christopher Kendric

cc: (electronically)
ECF Clerk
Clerk of the Court
United States District Courthouse
100 Federal Plaza
Central Islip, New York 11722-4449

cc: (via-email)
James J. Corbett, Esq.
254 Pettit Avenue
Bellmore, New York 11710

Gerard DeCapua, Esq.
430 Sunrise Highway
Rockville Centre, New York 11570