UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN THE MATTER OF THE PETITION OF

AHIDA GABRIELLA AREVALO,

                           Plaintiff,                         NOTICE OF
                                                       APPEARANCE

TO PRESERVE AND PRODUCE VIDEO
PURSUANT TO FEDERAL RULE OF             MISC 13 0600
CIVIL PROCEDURE                                   (Bianco, J)

----------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that the law firm of GOLDBERG SEGALLA LLP has been retained by, and appears for, Defendant, DOMINO'S PIZZA LLC, in the above-entitled action and requests that all Notices and other papers be served on us at 100 Garden City Plaza, Suite 225, Garden City, New York 11530.

Dated: Garden City, NY
         August 5, 2013

                                                              CHRISTOPHER KENDRIC (CK 1870)
                                                              GOLDBERG SEGALLA LLP
                                                              *Attorneys for Defendant*
                                                              *DOMINO'S PIZZA LLC*
                                                              100 Garden City Plaza, Suite 225
                                                              Garden City, New York 11530
                                                              (516) 281-9800
                                                              File No. 4267.0000

TO:    JAMES J. CORBETT, ESQ.
         JAMES J. CORBETT, P.C.
         Attorney for Petitioner
         Ahida Gabriella Arevalo
         254 Pettit Avenue
         Bellmore, NY 11710
         516-679-9494