# AFFIDAVIT OF SERVICE

**State of Michigan**                                **Eastern District**

Case Number: Misc, 13-0600

Plaintiff:
**Ahida Gabriella Arevalo**

vs.

Defendant:
**Domino's Pizza LLC.**
**World Resource Center**
**30 Frank Lloyd Wright Drive,**
**Ann Arbor, MI 48105**

For:
James J. Corbett, P.C.
254 Pettit Ave.
Bellmore, New York 11710

In the Matter of the Petition of Ahida Gabriella Arevalo.
United States District Court, Eastern District Docket.: 13-0600

I, Mel Crudup, being duly sworn, depose and say that on the 1st day of August, 2013.

**SERVED** the Order to Show Cause, Verified Petition, Memorandum of Law in Support of Verified Petition.

**Additional Information pertaining to this Service:**
8/1/2013 3:41 P.M. Service of Process was executed upon Domino's Pizza 30 Frank Lloyd Wright Drive, Ann Arbor, MI 48105. Kevin J. Parks (Paralegal for Domino's Pizza) Accepted Process of Service. His description, Age 53: Sex: Male, Race: Caucasian, Ht: 5'7, Wt: 170, Hair Gray, Beard: No, Glasses: Yes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit court in which the process was served.

Subscribed and sworn before me, this 2nd day of August, 2013 in and for Washtenaw County, a Notary Public Michigan.

Patricia Stemmerich
NOTARY PUBLIC
My Commission expires 8-4-2017, 2017

_____
Mel Crudup

PATRICIA STEMMERICH
Notary Public - Michigan
Wayne County
My Commission Expires Aug 4, 2017
Acting in the County of Washtenaw