UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN THE MATTER OF THE PETITION OF            Docket No.: Misc. 13 0600

AHIDA GABRIELLA AREVALO

TO PRESERVE AND PRODUCE VIDEO PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 27
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NASSAU     )

Irwin Loew, being sworn says: I am not a party to the action, am over 18 years of age and reside in New York State.

On August 1, 2013, deponent served the Order to Show Cause, together with the papers upon which it is granted by the following manner:

☐ Service By Mail — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☒ Personal Service — by delivering the same personally to the persons and at the addresses indicated below

YPD, Inc., 1817 Queens Street, Bellmore, New York 11710

☐ Suitable Age — By delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipients ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there.

☐ Service by Electronic Means — by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ Overnight Delivery — by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the Delivery overnight delivery service for overnight delivery. The address and delivery Service are indicated below:

☑ A Description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Gentlemen by the name of John accepted the document.

Sex: __M__

Other Features: approximately 18-21 years of age, 6 ft tall, clean shaven

IRWIN LOEW

Sworn to before me on
the 1st day of August, 2013

Jessica Ament

JESSICA LANG Ament
Notary Public, State of New York
No. 01LA6151998 Nassau
Qualified in Suffolk County
Commission Expires August 28, 2014