UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN THE MATTER OF THE PETITION OF

AHIDA GABRIELLA AREVALO

TO PRESERVE AND PRODUCE VIDEO PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 27


-------------------------------------------------------X

**NOTICE OF CHANGE**

Docket: 2:13-mc-00600-JFB

Judge:  Joseph F. Bianco

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for the Law Office of James J. Corbett.

| | |
|---|---|
| Firm Name: | James J. Corbett, P.C. |
| E-Mail Addresses: | corbett@lawlongisland.com (Primary); and jjcorbett@jamesjcorbett.com (Secondary) |

Dated: Bellmore, New York
       August 6, 2013

Yours etc.,

Law Office of James J. Corbett, P.C.

By: _____
JAMES J. CORBETT (JC6658)
*Attorney for Petitioner,*
*Ahida Gabriella Arevalo*
254 Pettit Avenue
Bellmore, New York 11710
(516) 679-9494